UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF MICHIGAN

In Re: BRIAN & SUSAN BREWER

Debtor(s)

Case No. 10-44239
Chapter 7
Hon. TUCKER

_____/

## MOTION FOR FRBP 2004 EXAMINATION, FOR PRODUCTION OF DOCUMENTS PURSUANT TO RULE 9016, AND FOR EXTENSION OF TIME TO FILE §523 AND/OR §727 (a) COMPLAINTS

NOW COMES Creditor, CITIZENS BANK, by and through its attorneys, BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C., and moves this Court enter an Order pursuant to the provisions of FRBP 2004 for an examination of the Debtor(s), **BRIAN & SUSAN BREWER**, to be held at its office located at 24525 Harper Avenue, St. Clair Shores, MI 48080 on APRIL 23, 2010 at 12:00 o'clock in the afternoon, and states as follows:

1. Debtor filed for relief pursuant to Chapter 7 of the Bankruptcy Code on February 15, 2010.

2. Debtor is obligated to Creditor as the result of a Mortgage, located at 196 S. Harrington Rd. in Parma, MI 49269.

3. On March 19, 2010, Creditor forwarded to Debtor's counsel via facsimile a request for a FRBP 2004 examination of the Debtor to make further inquiry regarding the Debtor's involvement in this matter. (See attached fax.)

4. The request indicated that if a response was not received within twenty four (24) hours, a motion would be filed.

5. Creditor requires a 2004 examination for the reason that it desires further information regarding the acts, conduct, property, and financial condition of the Debtor(s), and/or any other information relating to the Debtor's(s') discharge.

6. Creditor requires the production of documentary evidence regarding the financial condition of the Debtor(s) and requests that Creditor be allowed to issue a subpoena pursuant to Bankruptcy Rule 9016 and F.R.C.P. Rule 45.

7. Creditor requires the information which is to be produced at the 2004 examination to review the Debtor's(s') petition as to whether the filing of a 11 U.S.C. §523 and/or §727(a) Complaint would be appropriate in this matter. Creditor therefore requires an extension of time until June 16, 2010 to file an 11 U.S.C. §523 and/or §727(a) Complaint as Creditor needs time to adequately review the information obtained at the 2004 examination.

WHEREFORE, Creditor prays this honorable Court will:

(A) order the Debtor(s) to appear at the office of Creditor's attorney for a FRBP 2004 examination on APRIL 23, 2010 at 12:00 o'clock in the afternoon, and

(B) allow Creditor to issue a subpoena requiring Debtor(s) to produce such documents and evidence as Creditor shall set forth in its subpoena at the 2004 examination, and

(C) allow Creditor until June 16, 2010 for the filing of an 11 U.S.C. §523 and/or §727(a) Complaints, and

(D) award such other relief that this Court feels appropriate under the circumstances.

BUTLER, BUTLER & ROWSE-OBERLE, P.L.L.C.

/s/ Kenneth C. Butler
Kenneth C. Butler (P28477)
Attorney for Creditor
24525 Harper Avenue
St. Clair Shores, MI 48080
(586) 777-0770
kbutler@butler-butler.com

Dated: March 24, 2010